## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

VAMSIDHAR VURIMINDI,

        Petitioner

    v.

SUPERIOR COURT OF PENNSYLVANIA,
PROTHONOTARY EASTERN DISTRICT,

        Respondent

: No. 146 EM 2015

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.